UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL THOMAS; PAMELA THOMAS,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC;<br>DEUTSCHE BANK NATIONAL TRUST<br>CO.; QUALITY LOAN SERVICE CORP.,<br><br>　　　　　　　Defendants. | No. 2:17-CV-01222-RM<br><br>STIPULATION AND ORDER TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE HEARING ON PRELIMINARY INJUNCTION |

Plaintiffs and Defendants Ocwen Loan Servicing, LLC ("OLS") and Deutsche Bank National Trust Co. ("Deutsche Bank") stipulate as follows:

1.　The mortgage at issue in the captioned case is currently in a foreclosure process. OLS is the loan servicer of the mortgage.

2.　On August 22, 2017, the Court entered a Temporary Restraining Order ("TRO") enjoining an August 25, 2017 trustee sale of Plaintiffs' residence. (Dkt #9). The TRO provided that it would remain in effect until September 8, 2017, when the Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction.

3.　Defendants and Plaintiffs desire additional time to exchange information and investigate the claims in the case. Accordingly, Plaintiffs, OLS, and Deutsche Bank have agreed

STIPULATION TO EXTEND TEMPORARY
RESTRAINING ORDER (No. 2:17-CV-01222-
RM) – 1
71045-0163/136815868.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

1 | to extend the terms of the TRO that enjoin a trustee's sale of Plaintiff's residence until 5:00 p.m.
2 | on November 30, 2017.
3 |     DATED this 31st day of August, 2017.

By: s/ Keith D. Karnes WSB No. 35000
Attorneys for Plaintiffs CECIL THOMAS and PAMELA THOMAS
Karnes Law Offices, PC
1860 Hawthorne Ave. N.E.
Salem, OR 97301
Telephone: 503.385.8888
Facsimile: 503.385.8899

By: s/ Cody M. Weston WSB No. 52321
Attorneys for Defendants OCWEN LOAN SERVICING, LLC and DEUTSCHE BANK NATIONAL TRUST CO.
**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222
Email: CWeston@perkinscoie.com

STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER (No. 2:17-CV-01222-RM) – 2

71045-0163/136815868.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

**ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that the Court's Order granting the Temporary Restraining Order is extended and shall remain in effect until 5:00 p.m. on November 30, 2017.

It is further ORDERED that the Preliminary Injunction Hearing **is reset for November 20, 2017, at 10:00 a.m.**

Dated this 8th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER (No. 2:17-CV-01222-RM) – 3
71045-0163/136815868.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222