UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL THOMAS; PAMELA THOMAS,<br><br>                Plaintiffs,<br><br>     v.<br><br>OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST CO.; QUALITY LOAN SERVICE CORP.,<br><br>                Defendants. | No. 2:17-CV-01222-RSM<br><br>STIPULATED PRELIMINARY INJUNCTION ORDER |

STIPULATED PRELIMINARY INJUNCTION
ORDER (No. 2:17-CV-01222-RM) – 1

71045-0163/137680521.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Plaintiffs and Defendants Ocwen Loan Servicing, LLC ("OLS") and Deutsche Bank National Trust Co. ("Deutsche Bank") hereby stipulate that the following order may be entered:

DATED this 15th day of November, 2017.

By: s/ Keith D. Karnes WSB No. 35000
Attorneys for Plaintiffs CECIL THOMAS and
PAMELA THOMAS
Karnes Law Offices, PC
1860 Hawthorne Ave. N.E.
Salem, OR 97301
Telephone: 503.385.8888
Facsimile: 503.385.8899

By: s/ Thomas N. Abbott [*Pro Hac Vice*]
Attorneys for Defendants OCWEN LOAN
SERVICING, LLC and DEUTSCHE BANK
NATIONAL TRUST CO.
**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222
Email: TAbbott@perkinscoie.com

**ORDER**

This matter comes before the Court on the stipulation of all parties. For purposes of determining whether a preliminary injunction should issue and only for such purposes, the parties have stipulated that:

1. Plaintiffs have shown a likelihood of success on the merits and the possibility of irreparable harm if a preliminary injunction prohibiting Defendants from proceeding with nonjudicial foreclosure of certain real property known as 15550 148th Ave NE, Woodinville, WA 98072 does not issue.

2. There is good cause for issuing this Order pursuant to Federal Rule of Civil Procedure 65.

3. The balance of hardships weighs in favor of Plaintiff.

STIPULATED PRELIMINARY INJUNCTION
ORDER (No. 2:17-CV-01222-RM) – 2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

71045-0163/137680521.1

For these reasons, the Court hereby ORDERS that:

1. Defendants are hereby enjoined from proceeding with nonjudicial foreclosure of certain real property known as 15550 148th Ave NE, Woodinville, WA 98072.

2. Plaintiffs shall remit payment to the Court Registry the sum of $1,844.77 on or before the 15th day of each month beginning on December 1, 2017; in the event the 15th day of the month is a weekend or holiday, the Plaintiffs shall make payment the next business day following the 15th.

3. This Order shall remain in effect until the trial on the merits or further order of the Court; and

4. In view of the foregoing, the Clerk is directed to strike the November 20, 2017, hearing date on Plaintiffs' motion for preliminary injunction and on the show cause return for the Temporary Restraining Order; Order Noting Motion for Preliminary Injunction entered September 8, 2017.

Dated this 17th day of November, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED PRELIMINARY INJUNCTION
ORDER (No. 2:17-CV-01222-RM) – 3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

71045-0163/137680521.1