UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL THOMAS; PAMELA THOMAS, | No. 2:17-CV-01222-RSM |
| Plaintiffs, | ORDER ON JOINT MOTION TO EXTEND SETTLEMENT CONFERENCE DEADLINE AND DISCOVERY DEADLINE |
| v. | |
| OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST CO.; QUALITY LOAN SERVICE CORP., | |
| Defendants. | |

This matter, having come before the Court upon the parties' Joint Motion to Extend Settlement Conference Deadline and Discovery Deadline (Dkt. No. 48), the parties having requested that the Court schedule a settlement conference with the Honorable James P. Donohue on February 8, 2019, and extend the discovery deadline in this case, and the Court having considered the same, it is hereby ORDERED, ADJUDGED, and DECREED that:

The stipulated Motion is GRANTED; the parties shall complete a settlement conference with the Honorable James P. Donohue on February 8, 2019, and the Court Clerk shall reset the discovery deadline to March 8, 2019.

DATED this 14 day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON JOINT MOTION TO EXTEND SETTLEMENT CONFERENCE DEADLINE AND DISCOVERY DEADLINE

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)