UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL THOMAS; PAMELA THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST CO.; QUALITY LOAN SERVICE CORP., <br><br> Defendants. | No. C17-1222 RSM <br><br> ORDER GRANTING IN PART JOINT MOTION TO CONTINUE TRIAL AND RELATED DEADLINES |

This matter is before the Court on the parties'[1] Joint Motion to Continue Trial and Related Deadlines (Dkt. #56). The parties seek to continue certain discovery deadlines, the dispositive motions deadline, and the trial date and related deadlines. *Id*. Several of the deadlines have already past and the Court will not reset those deadlines. Regarding the others, the parties justify the continuance of discovery due to a need to finish depositions and a desire to avoid costs while continuing to discuss settlement. Due to the limited scope of discovery remaining and the settlement negotiations that have already occurred, the Court

---

[1] The Court notes, as it has previously, that a joint or stipulated motion must be signed by all parties to the action. Quality Loan Service Corp. has not yet been dismissed from this action and remains a party. Relying on the Notice of Settlement filed by Plaintiff (Dkt. #52), the Court will not strike this motion. But the parties are reminded that Defendant Quality Loan Service Corp. remains a party to this action.

Order – 1

does not agree that the discovery deadline should be extended more than three months. The Court will nevertheless grant the parties a more reasonable extension.

Accordingly, having considered the parties' motion and for the reasons above, the Court finds and ORDERS that the Joint Motion to Continue Trial and Related Deadlines (Dkt. #56) is GRANTED IN PART. The Clerk shall reset the trial date and specified deadlines as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **October 15, 2019** |
| Discovery completed by | April 5, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | July 17, 2019 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | September 17, 2019 |
| Agreed pretrial order due | October 3, 2019 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 10, 2019 |

DATED this 7th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE