THE HON. JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CECIL THOMAS; PAMELA THOMAS,

                     Plaintiffs,

    v.

OCWEN LOAN SERVICING, LLC;
DEUTSCHE BANK NATIONAL TRUST
CO.; QUALITY LOAN SERVICE CORP.,

                    Defendants.

No. 2:17-CV-01222-RSM

STIPULATION AND ORDER
REGARDING DISMISSAL AND RELEASE
OF FUNDS HELD IN COURT REGISTRY

Plaintiffs and Defendants hereby stipulate as follows:

1. On November 11, 2017, the Court entered a Stipulated Preliminary Injunction Order (the "PI") (ECF No. 22) enjoining the defendants from foreclosing on the Deed of Trust securing the loan at issue in this action until further order of the Court. The PI also required that Plaintiffs pay to the Clerk of Court every month, beginning on December 1, 2017, the sum of $1,844.77. Plaintiffs have made deposits in the total principal amount of $29,516.32 with the Clerk of the Court.

2. The parties have reached agreement to resolve the action.

STIPULATION AND ORDER (No. 2:17-CV-01222-RSM) –1

**Perkins Coie LLP**
505 Howard St., Suite 1000
San Francisco, CA 94105
Phone: 415.344.7000
Fax: 415.344.7050

1      3.     The parties stipulate and agree that the Clerk of the Court should release the

2 funds, both principal and any accrued interest, to Plaintiffs, less any registry fee, and delivered to

3 their counsel of record Keith Karnes.

4

5      Stipulated and agreed.

6

7 By: s/ Thomas N. Abbott WSB No. 53024      By: s/ Keith D. Karnes WSB No. 35000

8 Attorneys for Defendants                  Attorneys for Plaintiffs
OCWEN LOAN SERVICING, LLC AND      Cecil and Pamela Thomas

9 DEUTSCHE BANK NATIONAL TRUST       **Karnes Law Offices, PC**
COMPANY AS TRUSTEE FOR INDYMAC     1860 Hawthorne Ave. N.E.

10 INDX MORTGAGE LOAN TRUST 2006-      Salem, OR 97301
AR4, MORTGAGE PASS-THROUGH        Phone:  503.385.8888

11 CERTIFICATES SERIES 2006-AR4         Fax:  503.385.8899
**Perkins Coie LLP**

12 505 Howard St., Suite 1000              Email:      keith@keithkarnes.com
San Francisco, CA  94105

13 Phone:  415.344.7000
Fax:  415.344.7050

14 Email:  TAbbott@perkinscoie.com

15

16 **IT IS SO ORDERED.**

17

18 DATED this 3 day of June 2019.

19

20 RICARDO S. MARTINEZ

21 CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

STIPULATION AND ORDER
(No. 2:17-CV-01222-RSM) –2